NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CCA ASSOCIATES,**
*Plaintiff-Cross Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

---

2010-5100, -5101

---

Appeal from the United States Court of Federal Claims in case no. 97-CV-334, Judge Charles F. Lettow.

---

**ON MOTION**

---

**ORDER**

The United States moves for a 41-day extension of time, until December 6, 2010, within which to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 2 5 2010
_____

Date

/s/ Jan Horbaly
_____

Jan Horbaly

Clerk

cc: Elliot E. Polebaum, Esq.
    Kenneth D. Woodrow, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

OCT 2 5 2010

**JAN HORBALY**
**CLERK**